438 A.2d 634

Zabec, Appellants, v. General McLane School District.

Argued November 12, 1980. Andrew J. Conner, for appellants; John M. Wolford, for appellee.

Before HESTER, BROSKY and VAN der VOORT, JJ.

Judgment affirmed.